

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-18-00205-CV |
| ALFREDO RUIZ, JR., | § | |
| APPELLANT, | § | Appeal from the |
| | | 383rd District Court |
| V. | § | |
| | | of El Paso County, Texas |
| CYNTHIA MEZA, | § | |
| | | (TC# 2013DCM3511) |
| APPELLEE. | § | |

# J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.